IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEA LOOKUP.COM, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOLSTICE BENEFITS, INC. AND ) <br> UNITED HEALTHCARE, INC., ) <br> ) <br> Defendants. ) | C.A. No. 1:24-cv-01062 GBW <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT UNITED HEALTHCARE, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant United Healthcare, Inc., by and through its attorneys, hereby makes the following corporate disclosure to the Court and opposing counsel:

Defendant UnitedHealthcare, Inc. discloses that it is a wholly owned subsidiary of United HealthCare Services, Inc., which is a wholly owned subsidiary of UnitedHealth Group Incorporated, a publicly held corporation.

Dated: January 30, 2025

**FOX ROTHSCHILD LLP**

*/s/ Neal J. Levitsky*
Neal J. Levitsky (#2092)
Kasey H. DeSantis (No. 5882)
1201 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 654-7444
nlevitsky@foxrothschild.com
kdesantis@foxrothschild.com

Ellie J. Barragry (admitted *pro hac vice*)
33 South Sixth Street, Suite 3600
Minneapolis, MN 55402
Telephone: (612) 607-7476
ebarragry@foxrothschild.com

*Attorneys for Defendants Solstice Benefits, Inc. and United Healthcare, Inc.*