IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEA LOOKUP.COM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:24-cv-01062 GBW |
| | ) | |
| SOLSTICE BENEFITS, INC. AND | ) | |
| UNITED HEALTHCARE, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

**DEFENDANT SOLSTICE BENEFITS, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Solstice Benefits, Inc., by and through its attorneys, hereby makes the following corporate disclosure to the Court and opposing counsel:

Defendant Solstice Benefits, Inc. discloses that it is a wholly owned subsidiary of Specialty Benefits, LLC, which is a wholly owned subsidiary of United HealthCare Services, Inc., which is a wholly owned subsidiary of UnitedHealth Group Incorporated, a publicly held corporation.

Date:  January 30, 2025

**FOX ROTHSCHILD LLP**

/s/  Neal J. Levitsky
Neal J. Levitsky (#2092)
Kasey H. DeSantis (No. 5882)
1201 N. Market Street, Suite 1200
Wilmington, DE  19801
Telephone:  (302) 654-7444
nlevitsky@foxrothschild.com
kdesantis@foxrothschild.com

Ellie J. Barragry (admitted *pro hac vice*)
33 South Sixth Street, Suite 3600
Minneapolis, MN  55402
Telephone:  (612) 607-7476
ebarragry@foxrothschild.com

*Attorneys for Defendants Solstice Benefits,*
*Inc. and United Healthcare, Inc.*